# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

| | |
|---|---|
| No. 08-3034 | September Term 2010 |
| | 1:05-cr-00386-ESH-1 |
| | Filed On: June 9, 2011 |

United States of America,

      Appellee

    v.

Antoine Jones,

      Appellant

------------------------------

Consolidated with 08-3030

    **BEFORE:**    Ginsburg, Tatel, and Griffith, Circuit Judges

### O R D E R

    Upon consideration of appellant's motion for release pending appeal, styled as "second motion for leave to file motion pro se by appellant for release on appeal bond or home confinement pending government appeal," and the response thereto, it is

    **ORDERED** that the motion be denied without prejudice to appellant's right to file such a motion with the district court in accordance with this court's March 3, 2011 order.

### Per Curiam

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:    /s/
        Jennifer M. Clark
        Deputy Clerk