# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 08-3034**                                   **September Term 2011**

**1:05-cr-00386-ESH-1**

**Filed On:** November 8, 2011

United States of America,

      Appellee

   v.

Antoine Jones,

      Appellant

------------------------------

Consolidated with 08-3030

**BEFORE:**  Tatel and Griffith, Circuit Judges, and Ginsburg, Senior Circuit Judge

## O R D E R

Upon consideration of the motion for release, and the opposition thereto, it is

**ORDERED** that the motion be denied.  Appellant has not shown that there are "exceptional reasons" why his detention would not be appropriate.  18 U.S.C. § 3145(c); 18 U.S.C. §§ 3142(f)(1)(A)-(C), 3143(b)(2).

**Per Curiam**

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:    /s/
Ken R. Meadows
Deputy Clerk